S. C. CRENSHAW, J. E. LAMB, G. F. BRAZELL, C. R. TRULOCK, JACK STACEY and V. L. ROGERS, Individually and as Representing the Members of the Orlando Police Relief Club, an unincorporated Association composed of permanent employees of the City of Orlando, Florida, who are members of the Police Department thereof; and as representing the permanent employees of the City of Orlando, Florida, who are members of the Police Department thereof v. D. A. LAYTON, D. E. HORST, L. L. FLETCHER, R. B. GRIFFITH, FRANK C. WELCH, WILLIAM BEARDALL, C. W. McDANIELS, J. C. STONE, as Chief of the Police Department of the City of Orlando, Florida, MAXIE G. BENNETT, as Chief of the Fire Department of the City of Orlando, Florida, and CITY OF ORLANDO, FLORIDA, a Municipal Corporation created and existing under and by virtue of the Laws of the State of Florida.

36 So. 2nd 790                Fall Term, 1948
July 23, 1948                 En Banc.
Rehearing denied Sept. 24, 1948

Affirmed.

## RUTH O. FOGG v. E. C. FOGG, JR.

36 So. 2nd 790                Fall Term, 1948
July 27, 1948                 Division B
Rehearing denied Sept. 24, 1948

Affirmed.

## ADAM HOLLINGER v. STATE OF FLORIDA

36 So. 2nd 924                Fall Term, 1948
September 24, 1948            Division A

Affirmed.

## JESSIE LEE WATSON, alias WILLIE LAMAR, JR. v. STATE OF FLORIDA

36 So. 2nd 924                Fall Term, 1948
September 24, 1948            Division A

Affirmed.

## HYMIE SWERLIN, LIBBY SWERDLIN, and THE MIAMI BEACH FIRST NATIONAL BANK v. DAVE BEHRMAN.

                                 Fall Term, 1948
October 1, 1948           Special Division A
Rehearing denied Oct. 25, 1948

Affirmed.